# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

142323(60)(61)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

JOSEPH ALEXANDER FRANKLIN,
    Defendant-Appellee.

SC: 142323
COA: 292469
Wayne CC: 08-014196-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion for bond pending appeal is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

Clerk

y0319